# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PEDRO HERNANDEZ

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

DONITA MCINTOSH, SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY

(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 2266 ( CM )( RWL )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: PEDRO HERNANDEZ

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: 6/12/2024 (Dkt. 47)

(date that judgment or order was entered on docket)

that: DENYING PETITION FOR WRIT OF HABEAS CORPUS AND GRANTING CERTIFICATE OF APPEALABILITY

(If the appeal is from an order, provide a brief description above of the decision in the order.)

7/1/2024
Dated

Signature*

DISKANT, EDWARD B.
Name (Last, First, MI)

ONE VANDERBILT AVE | NEW YORK | NY | 10017
Address | City | State | Zip Code

212-547-5754 | EDISKANT@MWE.COM
Telephone Number | E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,HABEAS,CASREF,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:22−cv−02266−CM−RWL

| | |
|---|---|
| Hernandez v. McIntosh | Date Filed: 03/18/2022 |
| Assigned to: Judge Colleen McMahon | Date Terminated: 06/12/2024 |
| Referred to: Magistrate Judge Robert W. Lehrburger | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Pedro Hernandez**     represented by     **Guyon H. Knight**
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
New York, NY 10004
212−804−4501
Email: gknight@moundcotton.com
*TERMINATED: 04/05/2023*
*LEAD ATTORNEY*

**Ben Adam Schatz**
Center for Appellate Litigation
120 Wall Street
Ste 28th Floor
New York, NY 10005
212−577−2523
Email: bschatz@cahill.com
*ATTORNEY TO BE NOTICED*

**Cindy Da Eun Ham**
McDermott Will & Emery LLP
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
212−547−5737
Email: cham@mwe.com
*ATTORNEY TO BE NOTICED*

**Edward B. Diskant**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017−5404
212−547−5754
Email: ediskant@mwe.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Donita McIntosh**     represented by     **NEW YORK COUNTY DISTRICT ATTORNEYS OFFICE−GENERIC**
*Superintendent of the Clinton Correctional Facility*
Email: fedhabeas@dany.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NEW YORK STATE ATTORNEY GENERALS OFFICE − GENERIC**
New York State Attorney Generals Office
Email: criminalappealshabeas@ag.ny.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael John Yetter**
New York County District Attorney's Office
1 Hogan Place
New York, NY 10013
212–335–9760
Email: yetterm@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Vincent Woodrow Rivellese**
New York County District Attorney Office
One Hogan Place
New York, NY 10013
212–335–9305
Email: rivellesevi@bronxda.nyc.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2022 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. County of Conviction: New York. (Filing Fee $ 5.00, Receipt Number ANYSDC–25885823)Document filed by Pedro Hernandez. (Attachments: # 1 Attachment A, # 2 Memorandum of Law in Support, # 3 Declaration of Guyon Knight, # 4 Exhibit 1 – Poster for Etan Patz, # 5 Exhibit 2 – Jose Ramos Interview, # 6 Exhibit 3 – Jose Ramos Proceedings (case no. 1741–86), # 7 Exhibit 4 – Jose Ramos Proceedings (case no. 334–90), # 8 Exhibit 5 – Annotated Poster for Etan Patz, # 9 Exhibit 6 – Advice of Rights Form, # 10 Exhibit 7 – May 23, 2012 CCPO Interrogation Video, # 11 Exhibit 8 – May 23, 2012 SoHo Video, # 12 Exhibit 9 – CCPO Photo, # 13 Exhibit 10 – CCPO Photo, # 14 Exhibit 11 – CCPO Photo, # 15 Exhibit 12 – CCPO Photo, # 16 Exhibit 13 – CCPO Photo, # 17 Exhibit 14 – CCPO Photo, # 18 Exhibit 15 – CCPO Photo, # 19 Exhibit 16 – New York Police Department Informational Report, # 20 Exhibit 17 – May 24, 2012 Interrogation Video, # 21 Exhibit 18 – Forensic Psychological Evaluation, # 22 Exhibit 19A – Social Security Administration records, # 23 Exhibit 19B – Social Security Administration records, # 24 Exhibit 19C – Social Security Administration records, # 25 Exhibit 19D – Social Security Administration records, # 26 Exhibit 19E – New York Police Department Informational Report, # 27 Exhibit 20 – Jose Ramos Proceedings (case no. 3982–12), # 28 Exhibit 21A – Huntley Transcripts, # 29 Exhibit 21B – Huntley Transcripts, # 30 Exhibit 21C – Huntley Transcripts, # 31 Exhibit 21D – Huntley Transcripts, # 32 Exhibit 21E – Huntley Transcripts, # 33 Exhibit 21F – Huntley Transcripts, # 34 Exhibit 21G – Huntley Transcripts, # 35 Exhibit 21H – Huntley Transcripts, # 36 Exhibit 21I – Huntley Transcripts, # 37 Exhibit 21J – Huntley Transcripts, # 38 Exhibit 21K – Huntley Transcripts, # 39 Exhibit 22A – Pre–Trial and Trial Transcripts, # 40 Exhibit 22B – Pre–Trial and Trial Transcripts, # 41 Exhibit 22C – Pre–Trial and Trial Transcripts, # 42 Exhibit 22D – Pre–Trial and Trial Transcripts, # 43 Exhibit 22E – Pre–Trial and Trial Transcripts, # 44 Exhibit 22F – Pre–Trial and Trial Transcripts, # 45 Exhibit 22G – Pre–Trial and Trial Transcripts, # 46 Exhibit 22H – Pre–Trial and Trial Transcripts, # 47 Exhibit 22I – Pre–Trial and Trial Transcripts, # 48 Exhibit 22J – Pre–Trial and Trial Transcripts, # 49 Exhibit 22K – Pre–Trial and Trial Transcripts, # 50 Exhibit 22L – Pre–Trial and Trial Transcripts, # 51 Exhibit 22M – Pre–Trial and Trial Transcripts, # 52 Exhibit 22N – Pre–Trial and Trial Transcripts, # 53 Exhibit 22O – Pre–Trial and Trial Transcripts, # 54 Exhibit 22P – Pre–Trial and Trial Transcripts, # 55 Exhibit 22Q – Pre–Trial and Trial Transcripts, # 56 Exhibit 22R – Pre–Trial and Trial Transcripts, # 57 Exhibit 22S – Pre–Trial and Trial Transcripts, # 58 Exhibit 22T – Pre–Trial and Trial Transcripts, # 59 Exhibit 22U – Pre–Trial and Trial Transcripts, # 60 Exhibit 23 – Motion to Reopen Suppression Hearing, Affidavit, and Affirmation, # 61 Exhibit 24 – Memorandum of Law in Support of Pedro Hernandezs Motion to Reopen Suppression Hearing, # 62 Exhibit 25 – Memorandum of Law in Support of Pedro Hernandezs Motion to Suppress Statements, # 63 Exhibit 26 – Peoples Memorandum of Law in Opposition to Defendants Motion to Suppress Statements, # 64 Exhibit 27 – Reply to Peoples Post–Hearing Opposition to Defendants Motion to Suppress Statements, # 65 Exhibit |

| | | |
|---|---|---|
| | | 28 – Peoples Response Letter to Defendants Memorandum of Law in Support of Defendants Motion to Suppress Statements, # 66 Exhibit 29 – Affirmation in Opposition to Defendants Motion to Reopen the Suppression Hearing, # 67 Exhibit 30 – Affirmation in Reply to Peoples Opposition to Defendants Motion to Reopen the Suppression Hearing, # 68 Exhibit 31 – Huntley Decision and Order, # 69 Exhibit 32 – Memorandum in Support of Defendants Motion in Limine to Admit Evidence of Third–Party Culpability, # 70 Exhibit 33 – Notice of Motion and Affirmation in Support of Defendants Motion to Admit Evidence of Third–Party Culpability, # 71 Exhibit 34 – Affirmation in Support of Peoples Motion in Response to Defendants Motion to Admit Statements of Unavailable Witnesses and Other Witnesses, # 72 Exhibit 35 – Affirmation and Memorandum of Law in Support of Motion to Exclude Third–Party Propensity Evidence, # 73 Exhibit 36 – Peoples Response to Defendants Motion in Limine to Admit Evidence of Third–Party Culpability, # 74 Exhibit 37 – Affirmation in Opposition to Peoples Motion to Exclude Third–Party Propensity Evidence, # 75 Exhibit 38 – Letter re Defendants Motion to Admit Evidence of Third–Party Culpability, # 76 Exhibit 39 – Motion Minutes, # 77 Exhibit 40 – Motion in Limine to Admit Statements of Unavailable Witnesses and Other Evidence, # 78 Exhibit 41 – Motion Minutes, # 79 Exhibit 42 – Decision and Order Regarding Third–Party Culpability, # 80 Exhibit 43 – PowerPoint Slides, # 81 Exhibit 44 – PowerPoint Slides, # 82 Exhibit 45 – CCPO Map, # 83 Exhibit 46 – Stipulation, # 84 Exhibit 47 – Stipulation, # 85 Exhibit 48 – Stipulation, # 86 Exhibit 49 – Defendants Opposition to the Motion to Strike the Testimony of Mary Galligan, # 87 Exhibit 50 – Letter Response re Defendants January 10, 2017 letter in Opposition to the Motion to Strike the Testimony of Mary Galligan, # 88 Exhibit 51 – 2017 Email Chain, # 89 Exhibit 52 – Notice of Motion to Set Aside Verdict, # 90 Exhibit 53 – Supplemental Memorandum of Law in Support of Pedro Hernandezs Motion to Set Aside the Verdict, # 91 Exhibit 54 – Decision and Order regarding the Motion to Set Aside Verdict, # 92 Exhibit 55 – Sentencing Transcript, # 93 Exhibit 56 – First Department Appeal Brief, # 94 Exhibit 57 – First Department Respondent Brief, # 95 Exhibit 58 – First Department Reply Brief).(Knight, Guyon) (Entered: 03/18/2022) |
| 03/18/2022 | 2 | CIVIL COVER SHEET filed..(Knight, Guyon) (Entered: 03/18/2022) |
| 03/21/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Donita McIntosh, re: 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 03/21/2022) |
| 03/21/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Guyon H. Knight. The party information for the following party/parties has been modified: Donita McIntosh. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (vf) (Entered: 03/21/2022) |
| 03/21/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Colleen McMahon. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 03/21/2022) |
| 03/21/2022 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 03/21/2022) |
| 03/21/2022 | | Case Designated ECF. (vf) (Entered: 03/21/2022) |
| 03/21/2022 | 4 | ELECTRONIC SUMMONS ISSUED as to Donita McIntosh. (vf) (Entered: 03/21/2022) |
| 03/22/2022 | 5 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Habeas Corpus. Referred to Magistrate Judge Robert W. Lehrburger. (Signed by Judge Colleen McMahon on 3/22/2022) (kv) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/22/2022 | 6 | AFFIDAVIT OF SERVICE of Summons, Petition, Memorandum, Declaration, and Exhibits served on Respondent Donita McIntosh on 3/21/2022. Service was accepted by ADA Stephen Kress. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 03/22/2022) |
| 04/07/2022 | 7 | NOTICE OF APPEARANCE by Vincent Woodrow Rivellese on behalf of Donita McIntosh..(Rivellese, Vincent) (Entered: 04/07/2022) |
| 04/07/2022 | 8 | LETTER MOTION for Extension of Time to File Answer re: 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,, addressed to Magistrate Judge Robert W. Lehrburger from Vincent Rivellese dated April 7, 2022. Document filed by Donita McIntosh..(Rivellese, Vincent) (Entered: 04/07/2022) |
| 04/07/2022 | 9 | ORDER TO ANSWER, 28 U.S.C. 2254: Having determined that this petition under 28 U.S.C. § 2254 should not be summarily dismissed, the Court hereby orders that: The Clerk of Court is directed to serve a copy of this order and the petition on the Attorney General of the State of New York and on the District Attorney of New York County by electronic means through the use of the court's CM/ECF system. Within sixty days of the date of this order, Respondent must file and serve (1) an answer, motion, or other response to the petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file and serve any reply papers within thirty days from the date Petitioner is served with Respondent's answer. SO ORDERED. Donita McIntosh answer due on 6/6/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 4/7/2022) (mml) Transmission to Pro Se Assistants for processing. (Entered: 04/07/2022) |
| 06/01/2022 | 10 | NOTICE OF APPEARANCE by Michael John Yetter on behalf of Donita McIntosh..(Yetter, Michael) (Entered: 06/01/2022) |
| 06/02/2022 | 11 | FIRST LETTER MOTION for Extension of Time to File Answer *Petition for Writ of Habeas Corpus* addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 6/2/2022. Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 06/02/2022) |
| 06/02/2022 | 12 | ORDER granting 11 FIRST LETTER MOTION for Extension of Time to File Answer *Petition for Writ of Habeas Corpus* addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 6/2/2022. Respondent's time to answer is extended until August 4, 2022. SO ORDERED. Donita McIntosh answer due 8/4/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 6/2/2022) (mml) (Entered: 06/02/2022) |
| 07/27/2022 | 13 | SECOND LETTER MOTION for Extension of Time to File Answer *Petition for Writ of Habeas Corpus* addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 7/27/2022. Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 07/27/2022) |
| 07/27/2022 | 14 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from Guyon H. Knight dated July 27, 2022 re: 13 SECOND LETTER MOTION for Extension of Time to File Answer *Petition for Writ of Habeas Corpus* addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 7/27/2022. . Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 07/27/2022) |
| 07/27/2022 | 15 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 7/27/2022 re: Petitioner's Letter Response in Opposition to Respondent's Second Letter Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus. Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 07/27/2022) |
| 07/27/2022 | 16 | ORDER granting 13 SECOND LETTER MOTION for Extension of Time to File Answer *Petition for Writ of Habeas Corpus* addressed to Magistrate Judge Robert W. Lehrburger from Michael J. Yetter dated 7/27/2022. Request granted. Time to answer extended to September 2, 2022. No further extensions. SO ORDERED. Donita McIntosh answer due 9/2/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 7/27/2022) (mml) (Entered: 07/27/2022) |
| 09/02/2022 | 17 | RESPONSE to 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,,.. Document filed by Donita McIntosh. (Attachments: # 1 Appendix Respondent's Exhibits).(Yetter, |

| | | |
|---|---|---|
| | | Michael) (Entered: 09/02/2022) |
| 09/02/2022 | 18 | MEMORANDUM OF LAW in Opposition re: 17 Response to Petition for a Writ of Habeas Corpus . Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 09/02/2022) |
| 09/02/2022 | 19 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 4863/2012, held on September 14, 2014 October 9, 2014, and October 18, 2016 thru April 17, 2017 before Judge Maxwell Wiley. (Attachments: # 1 Exhibit Trial Transcript 10/18/16 to 10/23/16, # 2 Exhibit Trial Transcript 10/24/16 to 10/28/16, # 3 Exhibit Trial Transcript 10/31/16 to 11/3/16, # 4 Exhibit Trial Transcript 11/4/16 to 11/14/16, # 5 Exhibit Trial Transcript 11/15/16 to 11/18/16, # 6 Exhibit Trial Transcript 11/21/16 to 11/28/16, # 7 Exhibit Trial Transcript 11/29/16 to 12/5/16, # 8 Exhibit Trial Transcript 12/6/16 to 12/8/16, # 9 Exhibit Trial Transcript 12/9/16 to 12/12/16, # 10 Exhibit Trial Transcript 12/13/16 to 12/18/16, # 11 Exhibit Trial Transcript 12/19/16 to 12/20/16, # 12 Exhibit Trial Transcript 1/3/17 to 1/5/17, # 13 Exhibit Trial Transcript 1/6/17 to 1/17/17, # 14 Exhibit Trial Transcript 1/19/17 to 1/23/17, # 15 Exhibit Trial Transcript 1/24/17 to 1/27/17, # 16 Exhibit Trial Transcript 1/30/17 to 4/17/17).(Yetter, Michael) (Entered: 09/02/2022) |
| 09/26/2022 | 20 | LETTER MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,,, 18 Memorandum of Law in Opposition addressed to Magistrate Judge Robert W. Lehrburger from Guyon H. Knight dated Sept. 26, 2022. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 09/26/2022) |
| 09/26/2022 | 21 | ORDER granting 20 LETTER MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus, 18 Memorandum of Law in Opposition addressed to Magistrate Judge Robert W. Lehrburger from Guyon H. Knight. Extension granted. SO ORDERED. Replies due by 11/2/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 9/26/2022) (mml) Modified on 10/3/2022 (mml). (Entered: 09/26/2022) |
| 09/28/2022 | 22 | NOTICE: Reply to Respondents opposition is due by November 2, 2022. (rsh) (Entered: 09/28/2022) |
| 10/26/2022 | 23 | LETTER MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,,, addressed to Magistrate Judge Robert W. Lehrburger from Guyon Knight dated 10/26/2022. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 10/26/2022) |
| 10/26/2022 | 24 | ORDER granting 23 LETTER MOTION for Extension of Time to File Response/Reply as to 1 Petition for Writ of Habeas Corpus addressed to Magistrate Judge Robert W. Lehrburger from Guyon Knight dated 10/26/2022. Granted. SO ORDERED. Replies due by 12/2/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 10/26/2022) (mml) (Entered: 10/26/2022) |
| 12/02/2022 | 25 | BRIEF re: 1 Petition for Writ of Habeas Corpus,,,,,,,,,,,,,,,,,,,,,,,, *Reply in Support of the Petition*. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 12/02/2022) |
| 12/05/2022 | 26 | LETTER MOTION for Oral Argument *of Pedro Hernandez's Petition* addressed to Magistrate Judge Robert W. Lehrburger from Guyon H. Knight dated Dec. 5, 2022. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 12/05/2022) |
| 12/12/2022 | 27 | ORDER granting 26 Letter Motion for Oral Argument. The request for oral argument is granted. At the appropriate time, the Court will schedule oral argument. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 12/12/2022) (vfr) (Entered: 12/12/2022) |
| 03/10/2023 | 28 | NOTICE OF APPEARANCE by Edward B. Diskant on behalf of Pedro Hernandez..(Diskant, Edward) (Entered: 03/10/2023) |
| 04/04/2023 | 29 | MOTION for Guyon H. Knight to Withdraw as Attorney *for Petitioner Pedro Hernandez*. Document filed by Pedro Hernandez..(Knight, Guyon) (Entered: 04/04/2023) |
| 04/05/2023 | 30 | MEMO ENDORSED ORDER granting 29 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. SO ORDERED. (Attorney Guyon H. Knight terminated.) |

| | | |
|---|---|---|
| | | (Signed by Magistrate Judge Robert W. Lehrburger on 4/5/23) (yv) (Entered: 04/05/2023) |
| 07/31/2023 | 31 | NOTICE of Hearing: Oral Argument set for 8/23/2023 at 10:00 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. (rsh) (Entered: 07/31/2023) |
| 08/15/2023 | 32 | NOTICE OF APPEARANCE by Cindy Da Eun Ham on behalf of Pedro Hernandez..(Ham, Cindy) (Entered: 08/15/2023) |
| 08/16/2023 | 33 | NOTICE OF APPEARANCE by Ben Adam Schatz on behalf of Pedro Hernandez..(Schatz, Ben) (Entered: 08/16/2023) |
| 08/23/2023 | 34 | NOTICE to public, you may dial in to the listen only line at (888)–398–2342, and enter access code 9543348 for the 10:00 a.m. conference today. (rsh) (Entered: 08/23/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Oral Argument held on 8/23/2023 at 10:00 a.m. Court reporter Amy Walker present. (rsh) (Entered: 08/23/2023) |
| 09/12/2023 | 35 | TRANSCRIPT of Proceedings re: HEARING held on 8/23/2023 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Amy Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/3/2023. Redacted Transcript Deadline set for 10/13/2023. Release of Transcript Restriction set for 12/11/2023..(McGuirk, Kelly) (Entered: 09/12/2023) |
| 09/12/2023 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 8/23/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 09/12/2023) |
| 10/10/2023 | 37 | REPORT AND RECOMMENDATION TO HON. COLLEEN MCMAHON: PETITION FOR HABEAS CORPUS Copies transmitted on this date to all counsel of record re: 1 Petition for Writ of Habeas Corpus filed by Pedro Hernandez. As noted elsewhere in this Report and Recommendation, Hernandez has raised troubling issues with respect to the manner in which his confessions were obtained, the extent to which his post–confession waiver of Miranda rights was made voluntarily and intelligently, and the Trial Court's response to the jury request for an explanation about the relationship between Hernandez's pre–and post–Miranda confessions. The Court, however, is constrained by the strictures imposed under AEDPA and Congress's decision to put habeas relief beyond the reach of a petitioner whose conviction raises reasonable doubt in the mind of at least one fair–minded jurist. For the reasons stated above, Hernandez's petition does not survive review under AEDPA. The petition should be DENIED and the case dismissed. Objections to R&R due by 10/24/2023 (Signed by Magistrate Judge Robert W. Lehrburger on 10/10/2023) Copies transmitted on this date to all counsel of record. (rro) (Entered: 10/10/2023) |
| 10/13/2023 | 38 | LETTER addressed to Judge Colleen McMahon from Edward B. Diskant dated October 13, 2023 re: Request for Extension of Time to File Objections to Judge Lehrburger's Report and Recommendation. Document filed by Pedro Hernandez..(Diskant, Edward) (Entered: 10/13/2023) |
| 10/17/2023 | 39 | MEMO ENDORSEMENT on re: 38 Letter filed by Pedro Hernandez. ENDORSEMENT: Granted. I am reading the R&R now. ( Objections to R&R due by 11/17/2023) (Signed by Judge Colleen McMahon on 10/17/2023) (tg) (Entered: 10/17/2023) |
| 10/19/2023 | 40 | LETTER addressed to Judge Colleen McMahon from Michael J. Yetter dated October 19, 2023 re: Request for Extension of Time to File Objections to Judge Lehrburger's Report and Recommendation and to Set a Schedule for Responses to Objections. |

| | | |
|---|---|---|
| | | Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 10/19/2023) |
| 10/19/2023 | 41 | MEMO ENDORSEMENT on re: 40 Letter Request for Extension of Time to File Objections to Judge Lehrburger's Report and Recommendation and to Set a Schedule for Responses to Objections., filed by Donita McIntosh. ENDORSEMENT: OK., ( Objections to R&R due by 11/17/2023, Responses due by 12/18/2023) (Signed by Judge Colleen McMahon on 10/19/23) (yv) (Entered: 10/19/2023) |
| 11/17/2023 | 42 | OBJECTION to 37 Report and Recommendations *of Hon. Robert W. Lehrburger dated October 10, 2023* Document filed by Pedro Hernandez..(Diskant, Edward) (Entered: 11/17/2023) |
| 11/17/2023 | 43 | OBJECTION to 37 Report and Recommendations *of Hon. Robert W. Lehrburger dated October 10, 2023* Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 11/17/2023) |
| 12/18/2023 | 44 | RESPONSE re: 42 Objection to Report and Recommendations . Document filed by Donita McIntosh..(Yetter, Michael) (Entered: 12/18/2023) |
| 12/18/2023 | 45 | RESPONSE re: 43 Objection to Report and Recommendations . Document filed by Pedro Hernandez..(Diskant, Edward) (Entered: 12/18/2023) |
| 06/11/2024 | 46 | DECISION AND ORDER (1) DENYING OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AS THE DECISION OF THE COURT, AND (3) DENYING PETITION FOR A WRIT OF HABEAS CORPUS adopting 37 Report and Recommendations. For the reasons given in this Decision and Order, Petitioner's and Respondent's objections to the Report are denied following a de nova review. Careful review of Magistrate Judge Lehrburger's Report reveals that there is no facial error in its conclusions. The Court adopts Judge Lehrburger's Report and his recommendations contained therein, as the decision of the Court. The petition for a writ of habeas corpus is denied and the petition is dismissed. Section 2253(c) permits the issuance of a Certificate of Appealability only where a petitioner has made a "substantial showing of the denial of a constitutional right." Miller–El v. Cockrell, 537 U.S. 322, 336–37 (2003). Under the controlling standard, a petitioner must "show that reasonable jurists could debate whether ( or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" Slack v. McDaniel, 529 U.S. 473, 484 (2000), (quoting Barefoot v. Estelle, 463 U.S. 800, 893, n. 4 (1983). The Court finds that a certificate of appealability should issue as to the issue of the "Seibert/inadequate response to the jury note question." Accordingly, the Court authorizes a Certificate of Appealability as to that limited issue and declines to issue a certificate as to any other ground presented in the petition. This constitutes the decision and order of the Court. (Signed by Judge Colleen McMahon on 6/11/2024) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/11/2024) |
| 06/12/2024 | 47 | CLERK'S JUDGMENT re: 46 Order Adopting Report and Recommendations 37 Report and Recommendations in favor of Donita McIntosh against Pedro Hernandez. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Decision and Order dated June 11, 2024, Petitioner's and Respondent's objections to the Report are denied following a de nova review. Careful review of Magistrate Judge Lehrburger's Report reveals that there is no facial error in its conclusions. Judge Lehrburger's Report and his recommendations contained therein are adopted, as the decision of the Court. The petition for a writ of habeas corpus is denied and the petition is dismissed. Section 2253(c) permits the issuance of a Certificate of Appealability only where a petitioner has made a "substantial showing of the denial of a constitutional right." Miller–El v. Cockrell, 537 U.S. 322, 336–37 (2003). Under the controlling standard, a petitioner must "show that reasonable jurists could debate whether ( or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" Slack v. McDaniel, 529 U.S. 473, 484 (2000), (quoting Barefoot v. Estelle, 463 U.S. 800, 893, n. 4 (1983). The Court finds that a certificate of appealability should issue as to the issue of the "Seibert/ inadequate response to the jury note question." Accordingly, the Court authorizes a Certificate of Appealability as to that limited issue and has declined to issue a certificate as to any |

| | | |
|---|---|---|
| | | other ground presented in the petition. (Signed by Clerk of Court Ruby Krajick on 6/12/2024) (Attachments: # 1 Appeal Package) (km) (Entered: 06/12/2024) |
| 06/12/2024 | | Terminate Transcript Deadlines (km) (Entered: 06/12/2024) |
| 07/01/2024 | 48 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Pedro Hernandez. Filing fee $ 605.00, receipt number ANYSDC–29556155. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Diskant, Edward) Modified on 7/2/2024 (tp). (Entered: 07/01/2024) |
| 07/02/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Diskant, Edward to RE–FILE Document No. 48 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 07/02/2024) |
| 07/02/2024 | 49 | NOTICE OF APPEAL from 47 Clerk's Judgment,,,,,,,. Document filed by Pedro Hernandez. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Diskant, Edward) (Entered: 07/02/2024) |