# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand twenty-five.

Before:     Guido Calabresi,
               Raymond J. Lohier, Jr.,
               Myrna Pérez,
                   *Circuit Judges*.

_____

Pedro Hernandez,

        Petitioner - Appellant,

   v.

Donita McIntosh, Superintendent of the Clinton Correctional Facility,

        Respondent - Appellee.

_____

**JUDGMENT**

Docket No. 24-1816

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment denying Appellant Pedro Hernandez's petition for a writ of habeas corpus is REVERSED and the case is REMANDED with instructions to grant the writ conditionally, ordering Hernandez's release unless the State affords him a new trial within a reasonable period as the district court shall set.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court