# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1816

**Motion for:** Stay of the Mandate Pursuant to FRAP 41(d)

**Caption [use short title]:** Hernandez v. McIntosh

Set forth below precise, complete statement of relief sought:

Stay of the mandate pending possible petition for a writ of certiorari in the Supreme Court

**MOVING PARTY:** Donita McIntosh
**OPPOSING PARTY:** Pedro Hernandez

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Stephen Kress, N.Y. County District Attorney's Office
**OPPOSING ATTORNEY:** Edward Diskant, McDermott Will & Schulte

[name of attorney, with firm, address, phone number and e-mail]

One Hogan Place New York, NY 10013
One Vanderbilt Avenue New York, NY 10017

(212) 335-9607
(212) 547-5754

kresss@dany.nyc.gov
ediskant@mwe.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York (Colleen McMahon, D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☑ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: _____
Requested return date: 8/25/2025
Mandate due to issue on 8/11/2025

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes  ☐ No If yes, enter date: Argument on appeal was held on 4/24/2025

**Signature of Moving Attorney:**
/s/ Stephen Kress      **Date:** 8/8/2025     Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)